UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GROVER C. MITCHELL,

                        Plaintiff,

            -against-

C.O. WASHINGTON #10224,

                        Defendant.

25-CV-8467 (ER)

**ORDER OF SERVICE**

EDGARDO RAMOS, United States District Judge:

Plaintiff, who currently is detained at the West Facility on Rikers Island, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that Correction Officer Washington violated his rights during his detention at the West Facility. By order dated October 20, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Officer Washington, #10224 waive service of summons.

The Court directs the Clerk of Court to mail Plaintiff an information package.

SO ORDERED.

Dated:    November 10, 2025
          New York, New York

                                          EDGARDO RAMOS
                                          United States District Judge

---

1 Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).