UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GROVER C. MITCHELL,

                              Plaintiff,

              -*against*-

C.O. WASHINGTON #10224,

                              Defendant.

**ORDER OF SERVICE**

25-CV-8467 (ER)

EDGARDO RAMOS, United States District Judge:

Mitchell, who currently is detained at the West Facility on Rikers Island and is proceeding *pro se* and *in forma pauperis*, alleges that Correction Officer Washington violated his constitutional rights during his detention. *See* Doc. 1. In a *Valentin* order dated April 7, 2026, the Court directed the Corporation Counsel for the City of New York, who is the attorney for and agent of the New York City Department of Correction, to ascertain the identity of Correction Officer Washington. Doc. 10.[1] On June 8, 2026, the Corporation Counsel of the City of New York filed a letter with the Court which included the identity of Correction Officer Washington, and which indicated that Washington is still employed by the Department of Corrections. Doc. 12.

The Clerk of Court is respectfully directed to amend the caption in this action and substitute Correctional Officer Kimwahn Washington, Shield No. 10227 for Correction Officer Washington. Further, the Court respectfully directs the Clerk of Court to electronically notify the

---

[1] In that *Valentin* order, the Court also stated that, after Correction Officer Washington was identified by the Corporation Counsel, Mitchell would need to file a second amended complaint properly naming the defendant. Docs. 17, 23. However, as indicated below, in light of Mitchell's *pro se* status, the Court is directing the Clerk of Court to substitute the properly named defendant for the ambiguously identified defendant. Accordingly, there is no need for Mitchell to file a second amended complaint for the purposes of properly identifying Correction Officer Washington.

New York City Department of Correction and the New York City Law Department of this order.

The Court requests that Correction Officer Washington waive service of summonses.

SO ORDERED.

Dated:   June 9, 2026
         New York, New York

_____
EDGARDO RAMOS
United States District Judge

2