**MEMO ENDORSED**
at page 2.

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KATHLEEN D. REILLY**
*Senior Counsel*
Phone: (212) 356-2368
Fax: (212) 356-3558
Email: kareilly@law.nyc.gov

October 19, 2026

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Grover Mitchell v. C.O. Washington, #10224,
25 Civ. 08467 (ER)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and the attorney for defendant in the above-referenced matter. [1] Defendant write respectfully to request a brief adjournment of the pre-motion conference, presently scheduled for October 28, 2026 at 11:00 am. This is the such first request for an adjournment, and no other deadlines will be affected by this request. Defendant was unable to obtain the position of plaintiff, who is incarcerated and proceeding *pro se*, as of the filing of this request.

Defendant submits that a brief adjournment of the pre-motion conference is warranted. The attorney previously litigating this matter departed this Office, and the case was subsequently assigned to Assistant Corporation Counsel Reza Sarrafian on October 16, 2026. The requested adjournment will allow Mr. Sarrafian time to familiarize himself with the instant matter and prepare for the conference on the anticipated motion to dismiss. Moreover, the undersigned is unavailable on October 28, 2026 to attend the conference due to a prior conflict.

Accordingly, defendant respectfully requests a brief adjournment of the October 26, 2026 pre-motion conference. To the extent the Court is inclined to grant this request, defendant proposes the following dates: October 29, November 2, or November 4.

[1] Mr. Sarrafian is presently awaiting his results from the July 2026 New York State Bar Exam. Mr. Sarrafian is handling this matter under my supervision and may be reached at (212) 356-2424 or rsarrafian@law.nyc.gov.

Defendant thanks the Court for its time and consideration in this matter.

Respectfully submitted,

Kathleen D. Reilly
Senior Counsel
Special Federal Litigation Division

cc: **BY FIRST-CLASS MAIL**
Grover C. Mitchell
*Plaintiff Pro Se*
B&C #1132500324
West Facility
16-06 Hazen Street
East Elmhurst, NY 11370

The request is granted. The pre-motion conference is adjourned to November 4, 2026 at 10:00 a.m in Courtroom 619, 40 Centre Street, New York, NY 10007.

On September 28, 2026, Defendant Washington's prior counsel noted that Plaintiff Mitchell was no longer in DOC custody and had consented to receive Defendant's filings via email at christopherm4875@outlook.com. Defendant is directed to serve Plaintiff Mitchell with a copy of this order and file proof of service by Friday, October 23, 2026. Plaintiff Mitchell is reminded that it is his responsibility to keep his address updated with the Court. For more information he may visit the following website https://nysd.uscourts.gov/prose.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 10/20/2026
New York, New York